UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                         :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
VLADIMIR SOLOVIEV,                 :

          Defendant.         :     07 CRIM 729
- - - - - - - - - - - - - - - - x

*ORIGINAL*
*JUDGE SWAIN*

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           August 7, 2007

                              MICHAEL J. GARCIA
                              United States Attorney


                By:   _____
                    David B. Massey
                    Assistant United States Attorney


               AGREED AND CONSENTED TO:

               By:   _____
                    Arkady Bukh, Esq.
                    Attorney for Vladimir Soloviev

USDC SDNY
DOC...
EL...
DO...
D...

AUG 0 7 2007

8/7/07 WHEEL A