```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :

        v.                     :

VLADIMIR SOLOVIEV,             :           07 Cr. ___

        Defendant.             :
------------------------------X
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 331(t), 333(a)(1) & 353(e)(2)(A); and Title 18, United States Code, Section 1343, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant



Date: New York, New York
      August 7, 2007

LAW OFFICES OF BUKH & ASSOC. PLLC
ATTORNEYS & COUNSELORS AT LAW
ARKADY BUKH ESQ
1123 AVENUE Z
BROOKLYN, NY 11235
TEL: (718) 376-6466  FAX (718) 376-3033

0202

