**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against
Vladimir Soloviev
_____

(Alias) _____
_____
                Please PRINT Clearly
```

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

**07 CRIM. 729**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS   (Please check one)

   1. [ ] CJA     2. [✓] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF
                                                          ADMISSION. MO. _____ YR. 2005

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NY__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   NEW YORK, NEW YORK

AUG 0 7 2007

LAW OFFICES OF BUKH & ASSOC. PLLC
ATTORNEYS & COUNSELORS AT LAW
ARKADY BUKH ESQ
1123 AVENUE Z
BROOKLYN, NY 11235
TEL: (718) 376-6466 FAX (718) 376-3033

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Bukh  Arkady
Attorney for Defendant

_____
Firm name if any

1123 Av Z
Street address

Brooklyn          NY          11235
City              State       Zip

718 376 6466
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186