

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: AUG 2 2 2007

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2007

By Fax
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-0426

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: United States v. Vladimir Soloviev, 07 Cr. 729 (LTS)

Dear Judge Swain:

      This case was wheeled out to Your Honor today after the Government filed a Notice of Intent to File an Information. After Your Honor's chambers referred the matter to Magistrate Court, the defendant appeared today before the Honorable James C. Francis, where the defendant waived indictment. Judge Francis arraigned the defendant on an Information, and he pled not guilty. The Information is attached. As for bail, Judge Francis released the defendant on his own recognizance. At the request of the Government, and with the consent of the defense, Judge Francis excluded time pursuant to the Speedy Trial Act through a control date of August 21, 2007.

      I understand from Your Honor's law clerk that the Court is available for a pre-trial conference in this case on August 27, 2007, at 3:30 p.m. The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act from August 21, 2007 to August 27, 2007. The Government makes this request, with the consent of the defense, to permit the Government time to produce discovery, to permit the defense to review that discovery, and permit the parties to engage in discussions that could lead to the resolution of this matter without trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc: Arkady Bukh, Esq.
Fax: 718 376 3033
Tel: 718 376 6466

SO ORDERED.

_____8/20/2007_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE