**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2007

By Fax
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-0426

**MEMO ENDORSED**

Re:  United States v. Vladimir Soloviev, 07 Cr. 729 (LTS)

Dear Judge Swain:

       This next conference in this case is scheduled for Monday, October 29, 2007. I will be unable to attend the conference because of business travel that became necessary this past week. I understand from Your Honor's law clerk that the Court is available for a conference on November 5, 2007, at 4:00 p.m.

       The Government respectfully requests that a conference be set for that time, and that time be excluded for purposes of the Speedy Trial Act from October 29, 2007 to November 5, 2007. The Government makes this request, with the consent of the defense, to permit the parties to continue their discussions that could lead to the resolution of this matter without trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc: Arkady Bukh, Esq.
Fax: 718 376 3033
Tel: 718 376 6466

The requested adjournment and exclusion are granted as in the interests of justice.

SO ORDERED.

_____ 10/25/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE