**LAW OFFICES OF BUKH & ASSOCIATES**
**1123 Ave. Z**
**Brooklyn, NY 11235**
**(718) 376-4766**

December 13, 2007

Judge Laura Taylor Swain
United States Courthouse
500 Pearl St.
New York, NY 10007

**RE: U.S.A. vs. Vladamir Soloviev**
    **Case #:** 2007cr00729

Dear Judge Laura Taylor Swain,

I am the attorney for Vladamir Soloviev. The purpose of this letter is to inform this Honorable Court of Mr. Soloviev intention to travel.

**FACTS:**

Mr. Soloviev has not left the New York area since his arraignment on or about August of 2007. Mr. Soloviev was released on his own recognizance and is not currently supervised by Pre-Trial Services. Mr. Soloviev would like to be able to go to the Dominican Republic for a short seven day vacation with his wife from December 20-27, 2007. He will be staying in Puerta Plata.

This trip is entirely recreational. Mr. Soloviev has no intention to abscond and will continue to be in compliance with all conditions of his release. Mr. Soloviev has many responsibilities here in the United States, including possible admission to dental school in New York.

**CONSENT:**

My office has left a message for Assistant U.S. Attorney David Massey, informing him of my client's intention of making this request.

**REQUEST:**

For these reasons I am respectfully requesting that Mr. Soloviev be permitted to travel for a short trip to the Dominican Republic between December 20-27, 2007.

        Should your honor have any questions or concerns please do not hesitate to contact my office.

Best Regards,

AB

Arkady Bukh Esq.
Law Offices of Bukh & Associates
1123 Ave. Z
Brooklyn, NY 11235
(718) 376-6466

c.c.
U.S. Attorney David Massey

1 Saint Andrews Plaza
NY, NY 10007

## **CERTIFICATE OF SERVICE**

    I, Arkady Bukh, do hereby affirm that I served a true and correct copy of the "Letter to Laura Taylor Swain, Requesting Permission and Notice of Intention to Travel for Vladamir Soloviev" on or about 13th day of December, 2007 by first class mail to the following addressees:

        United States Attorney's Office
        Assistant United State's Attorney David Massey
        1st Adnrews Plaza,
        New York, NY 10001


Dated this 13th day December, 2007

        /s/_____
        Arkady Bukh
        Law Offices of Bukh & Associates
        1123 Ave. Z
        Brooklyn, NY 11235
        (718) 376-4766