USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

**LAW OFFICES OF BUKH & ASSOCIATES**
1123 Ave. Z
Brooklyn, NY 11235
(718) 376-4766

December 13, 2007

Judge Laura Taylor Swain
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: **U.S.A. vs. Vladamir Soloviev**
Case #: 2007cr00729

**MEMO ENDORSED**

Dear Judge Laura Taylor Swain,

I am the attorney for Vladamir Soloviev. The purpose of this letter is to inform this Honorable Court of Mr. Soloviev intention to travel.

**FACTS:**

Mr. Soloviev has not left the New York area since his arraignment on or about August of 2007. Mr. Soloviev was released on his own recognizance and is not currently supervised by Pre-Trial Services. Mr. Soloviev would like to be able to go to the Dominican Republic for a short seven day vacation with his wife from December 20-27, 2007. He will be staying in Puerta Plata.

This trip is entirely recreational. Mr. Soloviev has no intention to abscond and will continue to be in compliance with all conditions of his release. Mr. Soloviev has many responsibilities here in the United States, including possible admission to dental school in New York.

**CONSENT:**

My office has left a message for Assistant U.S. Attorney David Massey, informing him of my client's intention of making this request.

**REQUEST:**

For these reasons I am respectfully requesting that Mr. Soloviev be permitted to travel for a short trip to the Dominican Republic between December 20-27, 2007.

Copies mailed / faxed Counsel / read
Chambers of Judge Swain
12/19/07

Should your honor have any questions or concerns please do not hesitate to contact my office.

Best Regards,

AB

Arkady Bukh Esq.
Law Offices of Bukh & Associates
1123 Ave. Z
Brooklyn, NY 11235
(718) 376-6466

c.c.
U.S. Attorney David Massey

1 Saint Andrews Plaza
NY, NY 10007

> The current bail conditions do not include travel restrictions and no application for more restrictive conditions has been made. Accordingly, the request is granted.

SO ORDERED.

12/19/07

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE