

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2008

By Fax
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-0426

**MEMO ENDORSED**

Re: United States v. Vladimir Soloviev, 07 Cr. 729 (LTS)

Dear Judge Swain:

    On June 24, 2008, Government counsel was out of the office and called Your Honor's chambers to request an adjournment of the June 25, 2008 plea in this case, with the consent of defense counsel. The request was granted over the telephone. I understand that July 3, 2008, at 3:00 p.m., is available for the Court and for defense counsel for this plea. Accordingly, the Government requests that the Court schedule the plea for that time.

    The Government respectfully requests, with the consent of defense counsel, that time be excluded for purposes of the Speedy Trial Act from today, June 26, 2008, through July 3, 2008, to permit the parties to finalize discussions that are expected to lead to a plea in this case. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time under the speedy trial clock has been excluded by the Court through June 25, 2008. If the Court grants this request, one day, June 25, will have been lost from the speedy trial clock.

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc: Arkady Bukh, Esq.
Nicholas Woodridge, Esq.
Fax: 718 376 3033
Tel: 718 376 6466

The foregoing adjournment and exclusion requests are granted as in the interests of justice.

SO ORDERED.

_____ 6/27/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE