

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



July 1, 2008

By Fax

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Fax: (212) 805-0426

**MEMO ENDORSED**

    Re:    United States v. Vladimir Soloviev, 07 Cr. 729 (LTS)

Dear Judge Swain:

    This defendant is scheduled for a plea hearing on July 3, 2008. With the consent of defense counsel, the Government respectfully requests that the hearing be adjourned to July 17, 2008, at 11:00 a.m. Defense counsel has raised a question concerning the loss amount on Count Two of the plea agreement that will require further review of documents and further discussion. The parties remain confident that the case will be resolved by plea.

    The Government respectfully requests, with the consent of defense counsel, that time be excluded for purposes of the Speedy Trial Act from June 3, 2008 to July 17, 2008, to permit the Government and the defense to complete discussions that are expected to lead to a plea in this case. The ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Please do not hesitate to contact me with any questions or concerns.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
David B. Massey
Assistant United States Attorney
(212) 637-2283

cc: Arkady Bukh, Esq.
Nicholas Woodridge, Esq.
Fax: 718 376 3033
Tel: 718 376 6466

*The adjournment and exclusion requests are granted as in the interests of justice, for the reasons stated.*

SO ORDERED.

_____  7/1/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE